IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, FOR THE USE OF ANDERSON EXCAVATING CO., a Nebraska corporation;<br><br>Plaintiff,<br><br>vs.<br><br>KIEWITPHELPS, a Joint Venture; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation (Bond No. 041-SB-105826131); and TRAVELERS INDEMNITY COMPANY, a Connecticut Corporation (Bond No. 041-SB-105826131);<br><br>Defendants. | 8:19CV0303<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) On or before March 13, 2020, Plaintiff shall serve its interrogatory responses.

2) On or before March 9, 2020, Plaintiff shall either provide copies or allow Defendants to review and copy the documents responsive to Defendants' requests for production.

3) The parties shall begin scheduling those depositions needed to engage in informed settlement discussion.

4) At the conference scheduled for June 9, 2020, the parties shall be prepared to discuss their respective positions on whether this case should be referred to alternative dispute resolution.

March 5, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge