IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, FOR THE USE OF ANDERSON EXCAVATING CO., a Nebraska corporation;<br><br>Plaintiff,<br><br>vs.<br><br>KIEWITPHELPS, a Joint Venture; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation (Bond No. 041-SB-105826131); and TRAVELERS INDEMNITY COMPANY, a Connecticut Corporation (Bond No. 041-SB-105826131);<br><br>Defendants. | 8:19CV303<br><br>**ORDER** |

This case is before the court on the parties' joint stipulation to stay progression deadlines (Filing No. 68). Being fully advised, IT IS ORDERED:

1) The parties' stipulation (Filing No. 68) is granted.

2) The deadlines in the amended progression order (Filing No. 67) are stayed pending the outcome of the parties' anticipated mediation. The status conference set for July 20, 2021 at 11:00 a.m. is continued pending further court order.

3) Within ten (10) days of the conclusion of the parties' anticipated mediation, the parties shall contact the chambers of the undersigned

magistrate judge to inform the court whether the parties have settled their claims.

4) The Clerk shall set an internal case management deadline for May 28, 2021.

Dated this 20th day of May, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge